**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:20CR00209-001 |
| ) | |
| Ramon Agredano ) | |
| ) | |

On February 1, 2013, the above-named was sentenced in the Southern District of California to Supervised Release for a period of 5 years, in reference to the offense of 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine, a Class A Felony. Supervision commenced on April 26, 2019. Jurisdiction was transferred to the Eastern District of California on November 10, 2020.

Mr. Agredano was released to community supervision on April 26, 2019. Since his release, he has maintained stable employment with Navi Transport. He has paid his monetary obligations in full and has no known violation conduct to date. Mr. Agredano has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. The AUSA stated that they do not object to Early Termination. It is the opinion of the probation officer that the supervised releasee has derived maximum benefits from supervision and is not in need of continued supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *Marissa Frazure* | *signature* |
| **Marissa Frazure** | **Ronnie Preap** |
| **United States Probation Officer Assistant** | **Supervising United States Probation Officer** |

**Dated:** January 3, 2023
Bakersfield, California
MAF

1

**Re:   Ramon Agredano**
**Docket Number:   0972 1:20CR00209-001**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Ramon Agredano be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   January 4, 2023

_____
UNITED STATES DISTRICT JUDGE

CC:   AUSA (NAME)—Duty
FLU Unit—United States Attorney's Office
Fiscal Clerk—Clerk's Office
Supervisee—Ramon Agredano